## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Orlando R.V.V.,

                    Petitioner,

v.

Todd Blanche, Acting Attorney
General, et al.,

                    Respondents.

**ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-1903 (MJD/SGE)

M. Boulette, Attorney at Law, Counsel for Petitioner.
David W. Fuller, Stephanie Bengford, Assistant United States Attorneys,
Counsel for Respondents.

On April 28, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing. [Doc. 11.] The Court also ordered the parties to meet and confer regarding a motion to transfer venue to this jurisdiction Petitioner's immigration case then-currently pending before the Orlando Immigration Court and at least to inquire as to how to quash the NTA for a May 18, 2026 hearing scheduled before that court while awaiting an order on any motion to transfer venue.

On May 4, 2026, Respondents informed the Court that the Immigration Court denied bond because Petitioner failed to establish that he did not pose a danger to the community or that he did not pose a significant flight risk. Petitioner also requested a voluntary departure at the hearing, but since he does

not currently possess a passport, a voluntary departure could not be granted.
[Doc. 13.]  On May 5, the parties advised the Court that the pending Florida
hearing had been transferred to the Fort Snelling Immigration Court.  [Doc. 14.]
Petitioner was scheduled for a final hearing on the merits of the previously
pending Florida matter via an internet-based hearing on May 13, 2026.  [Id.]

On June 1, 2026, the parties filed a joint status report advising the Court
about Petitioner's immigration case before the Fort Snelling Immigration Court.
[Doc. 15.]  At the hearing, Petitioner requested removal and waived any right to
appeal.  [Id.]  An order of removal has been entered.  "Accordingly, the parties
concur that this pending matter may be closed and that the removal order can be
effectuated."  [Id.]

Therefore, based upon the files, records, and proceedings herein, **IT IS
HEREBY ORDERED** that Petitioner Orlando R.V.V.'s Petition for Writ of Habeas
Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2026                              s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court

2